UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>QUYEN THE NGUYEN,<br><br>                Defendant. | No. CR08-119RSL<br><br>ORDER GRANTING AGREED MOTION TO CONTINUE PRE-TRIAL MOTIONS CUTOFF |

This matter comes before the Court on the parties' "Agreed Motion to Continue Pre-Trial Motions Cutoff" (Dkt. #13). For the reasons set forth in the motion, the Court finds that an extension of the pretrial motions deadline in this case is necessary to prevent a miscarriage of justice. Accordingly, IT IS HEREBY ORDERED that the pretrial motions cutoff date is continued from May 15, 2008 to Thursday, **May 29, 2008**.

DATED this 19th day of May, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING AGREED MOTION TO
CONTINUE PRE-TRIAL MOTIONS CUTOFF